1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **6:08-mj-00096-WMW** |
| *Plaintiff*, | ) ) | **ORDER OF DISMISSAL FOR** |
| | ) | **LEGITIMATE MISTAKE OF** |
| **v.** | ) | **FACT** |
| | ) | |
| Helko Uhlmann, | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

Pursuant to a Motion to Dismiss by the United States of America based on legitimate

mistake of fact by the defendant, the Court hereby DISMISSES the charge against Helko

Uhlmann.

IT IS SO ORDERED.

**Dated:    June 18, 2008**                    **/s/  William M. Wunderlich**

UNITED STATES MAGISTRATE JUDGE